# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00154-CR
## NO. 03-02-00155-CR
## NO. 03-02-00156-CR

**Lamont R. Brown, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
NOS. 1010808, 006450 & 006725, HONORABLE JON N. WISSER, JUDGE PRESIDING**

Appellant Lamont R. Brown pleaded guilty to an indictment accusing him of aggravated kidnapping and two indictments accusing him of aggravated sexual assault. The district court adjudged him guilty in each case and assessed punishment at imprisonment for fifty-five years, as called for in a plea bargain agreement. Appellant filed general notices of appeal.

When a defendant pleads guilty to a felony and the punishment assessed does not exceed that recommended by the prosecutor and agreed to by the defendant, the notice of appeal must state that the appeal is for a jurisdictional defect, or that the substance of the appeal was raised by written motion and ruled on before trial, or that the trial court granted permission to appeal. Tex. R. App. P. 25.2(b)(3); *see also Cooper v. State*, 45 S.W.3d 77, 79 (Tex. Crim. App. 2001) (rule 25.2(b) limits appeal in every felony plea bargain case). Appellant's notices of appeal do not comply

with this rule and fail to confer jurisdiction on this Court. *Whitt v. State*, 45 S.W.3d 274, 275 (Tex. App.—Austin 2001, no pet.).

The appeals are dismissed for want of jurisdiction.

_____

Mack Kidd, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   April 4, 2002

Do Not Publish

2